# EXHIBIT 9

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE    1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

            Of the

COMMITTEE ON TRANSPORTATION AND
INFRASTRUCTURE

----------------------- X

                    December 18, 2025
                    Start:  11:46 a.m.
                    Recess: 11:50 a.m.


HELD AT:          250 BROADWAY – 8TH FLOOR – HEARING
                  ROOM 2

B E F O R E:      Selvena Brooks-Powers, Chairperson


COUNCIL MEMBERS:
                  Joann Ariola
                  Chris Banks
                  Carmen N. De La Rosa
                  Amanda Farías
                  Farah N. Louis
                  Mercedes Narcisse
                  Julie Won

OTHER COUNCIL MEMBERS ATTENDING:
                  Shekar Krishnan
                  Erik D. Bottcher
                  Simcha Felder

**World Wide Dictation** 545 Saw Mill River Road – Suite 2C, Ardsley, NY 10502
Phone: 914-964-8500 * 800-442-5993 * Fax: 914-964-8470
**www.WorldWideDictation.com**

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE    2

SERGEANT-AT-ARMS: Good morning. This is a microphone check for the Committee on Transportation and Infrastructure. Today's date is December 18, 2025, located in Hearing Room 2, recording done by Pedro Lugo.

SERGEANT-AT-ARMS: Good morning, and welcome to the New York City Council vote of the Committee on Transportation and Infrastructure.

At this time, can everybody please silence your cell phones, and no one is to approach the dais.

Chair, we are ready to begin.

CHAIRPERSON BROOKS-POWERS: [GAVEL] Good morning, and welcome to this hearing of the Committee on Transportation and Infrastructure. I'm Selvena Brooks-Powers, Chair of the Committee.

Today, we will be voting on Proposed Intro. Number 1000-A, sponsored by Council Member Brannan.

All right. I'm going to do that again.

So good morning, and welcome to this hearing of the Committee on Transportation and Infrastructure. I'm Selvena Brooks-Powers, Chair to the Committee.

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE    3

Today, we will be voting on Proposed Intro. Number 276-A, sponsored by Council Member Krishnan, which is in relation to the wrongful deactivation of high-volume for-hire vehicle drivers; Proposed Intro. Number 1000-A, sponsored by Council Member Brannan, which is in relation to establishing a for-hire vehicles parking pilot program; Proposed Intro. Number 1233-A, sponsored by Council Member Bottcher, which is in relation to the planting of vegetation on the new medians separating bicycle lanes from motorized vehicle traffic; and Proposed Intro. Number 1346-A, sponsored by myself, which is in relation to requiring the Department of Transportation to study the commuter van industry.

Before Council Member Krishnan and Bottcher discuss their bills, I want to take this opportunity to discuss my bill, Proposed Intro. Number. Proposed Intro. Number 1346-A is the product of numerous commuter van working group meetings that I convened over the course of this legislative session. This working group was created to discuss the challenges facing the commuter van industry and includes commuter van operators, TLC, DOT, NYPD, taxi stakeholders, and transit unions. Together, we

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE     4

collaboratively worked to develop creative and effective solutions to solve these issues while receiving feedback from those directly impacted by commuter vans every day. I am proud of this legislation and believe it is a positive step toward ensuring the commuter van industry continues to grow and thrive alongside our current public transit system.

I will now allow Council Member Krishnan to provide an opening statement.

COUNCIL MEMBER KRISHNAN: Good morning, everyone. Thank you so much Committee Chair Selvena Brooks-Powers for your advocacy of this bill, Intro. 276, and for giving it a hearing, and for your work on it every step of the way to get it to this point.

Every worker in New York City deserves dignity, deserves due process, the right to notice, an explanation why they've been fired, and an opportunity to make their case. But right now, Uber and Lyft hold all the power over their drivers, drivers that make them a billion-dollar corporation. And in a matter of seconds, with no notice, no opportunity to be heard, Uber and Lyft can strip the livelihood of drivers, the vast majority of whom are

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE    5

immigrants and people of color. Most of them, 90 percent, will never be put back on the app. Most of them, 90 percent of them, will never get their job back when they are deactivated or fired. Now they have no way to pay off the 30,000-dollar car loan they took out to start driving. Soon, they won't be able to put food on the dinner table for their families. They won't be able to pay their rent. They won't be able to pay their mortgage. They won't be able to provide for their families. And their families are devastated. This current system is broken, and I know it in being the Council Member of Jackson Heights and Elmhurst, proudly representing the most driver residents in all of New York City. I hear their stories. Their children go to school with my children. I see them in the neighborhood, and I know that many of them, Uber and Lyft drivers from the New York Taxi Workers Alliance, are right here in this room. Thank you for your sacrifice. Thank you for what you do to keep this city moving every single day, and today we will make sure that you get the rights that you have always deserved. This is the biggest issue in crisis to hit the taxi driver population in New York City since the medallion

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE     6

crisis, and the current system allows Uber and Lyft to upend drivers lives in exchange for their own profits. My bill, Intro. 276, puts an end to these unfair and unjust firings, giving workers notice, just cause, and an appeals process. Basic rights, rights enshrined in our Constitution. I'm proud that this Committee is championing this bill and starting a nationwide movement to end unfair firings of app-based drivers, and that is exactly why Uber and Lyft are so afraid of what we are doing here today. We are giving power to workers and ending their control over workers. Today, we are setting an important national precedent for drivers, giving labor more power and holding megacorporations accountable. Today, we are proving once again that this is a City Council that stands up for workers and is committed to making New York City a city for working families, a city that is affordable for all. I urge my Colleagues on this Committee to vote yes for 276. Thank you, Chair.

CHAIRPERSON BROOKS-POWERS: Thank you, Council Member.

Next, I will allow Council Member Bottcher to provide an opening statement.

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE     7

COUNCIL MEMBER BOTTCHER: Thank you, Chair Brooks-Powers, and thank you to all my Colleagues. So I'm proud today to bring forward Intro. 1233, a simple yet practical bill with an outsized impact on safety, public health, quality in life, and climate change mitigation. This legislation simply requires the City to include trees and other vegetation in new medians that separate bicycle lanes from car traffic. When I first took office, one of the first rallies I organized was for a protected bike lane on 10th Avenue and Lower 6th Avenue in our Districts. Today, we have those protected bike lanes. Now you could take a protected bike lane from 14th Street up to Harlem on Manhattan's West Side, but when they went to include the bike lane on 10th Avenue, they were initially not going to put any trees on the pedestrian refuge islands. That is a huge missed opportunity for climate change mitigation, for quality of life. This bill ensures that they will do that going forward. Trees and plantings are not just decorative extras, they're essential infrastructure. They clean our air, filter pollutants, they absorb storm water and reduce flooding, they increase biodiversity through native plantings that support

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE    8

birds and pollinators, they create safer and warm welcoming streets that people can feel proud of, and cars drive slower on tree-lined streets. We know that from much, much research. So this might seem like a modest change, but the cumulative impact will be enormous. Every planted median and every new tree adds up to a city that feels healthier, safer, and more livable. I want to thank all the Staff who helped work on this bill, and I want to thank my Colleagues for their support.

CHAIRPERSON BROOKS-POWERS: Thank you, Council Member.

COMMITTEE CLERK WILLIAM MARTIN: Good morning. William Martin, Committee Clerk. Roll call vote, Committee on Transportation and Infrastructure. All items are coupled.

Chair Brooks-Powers.

CHAIRPERSON BROOKS-POWERS: I vote aye on all.

COMMITTEE CLERK WILLIAM MARTIN: Louis.

COUNCIL MEMBER LOUIS: Aye on all.

COMMITTEE CLERK WILLIAM MARTIN: De La Rosa.

COUNCIL MEMBER DE LA ROSA: Aye on all.

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE     9

COMMITTEE CLERK WILLIAM MARTIN: Farías.

COUNCIL MEMBER FARÍAS: Permission to explain my vote.

CHAIRPERSON BROOKS-POWERS: Permission granted.

COUNCIL MEMBER FARÍAS: Thank you, Chair. I vote aye on all with the exception of Intro. 276-A, in which I vote no, because as written, it does not deliver the worker protections it promises, and it comes with a significant fiscal impact of approximately 23 million annually. While I strongly support protecting app-based drivers from wrongful deactivation, this bill ultimately hands control over and the appeals process to the companies themselves, allowing them to select and pay arbiters rather than ensuring a truly independent worker-centered process. That undermines due process and fails to create a fair system drivers can trust. I gave several attempts at amendments and feedback on the bill language, fighting for the Black and Brown immigrant drivers I represent in my District, including with the Independent Drivers Guild and their members. We know deactivations and ways to keep money in the pockets of our drivers are critical issues we must

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE      10

continue to fight for, work I've been doing over the last four years in this Council, but given the size of the ongoing fiscal commitment and the fact that the drivers deserve to maintain their own independent worker-centered process, I believe we have a responsibility to get this right. New York City should not spend 23 million a year on a system that does not guarantee independent arbitration or meaningful worker representation. I remain committed to working with labor drivers and my Colleagues to advance a version of this legislation that is fair, accountable, and fiscally responsible, but for this version for me is not there yet. Thank you.

COMMITTEE CLERK WILLIAM MARTIN: Narcisse.

COUNCIL MEMBER NARCISSE: Permission to explain my vote?

CHAIRPERSON BROOKS-POWERS: Permission granted.

COUNCIL MEMBER NARCISSE: While I want to vote aye on 276-A, I have concern and let's be clear my father used to be a cab driver, so I understand the needs for folks to be able to work and make a living and not being deactivated for not good reason, but I'm concerned on the long-term effect and the

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE    11

money that's supposed to be spent and with the difficulty that in New York City, with bus lane and everything else, you know, drivers waiting for clients, there's a few things that I'm very concerning about. I hope we can continue working on this, but in the meanwhile I will vote aye with those concerns to get it out of the Committee and we look forward to continue the conversation because I have a concern on the long-term effect of this bill. And for the rest I vote aye, I mean all of them I vote aye.

CHAIRPERSON BROOKS-POWERS: Thank you.

COMMITTEE CLERK WILLIAM MARTIN: Thank you, Council Member.

Won.

COUNCIL MEMBER WON: Aye on all.

COMMITTEE CLERK WILLIAM MARTIN: Banks.

COUNCIL MEMBER BANKS: Aye on all.

COMMITTEE CLERK WILLIAM MARTIN: Ariola.

COUNCIL MEMBER ARIOLA: I am a no on Intro. 1000-A, 1233-A, and 276-A for which I align with the Majority Leader in her statement as to why and an aye on the rest.

COMMITTEE CLERK WILLIAM MARTIN: Thank you.

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE    12

Following results, Proposed Introduction 276-A has a vote of six in the affirmative, two in the negative, no abstentions. Proposed Introduction 1000-A and Proposed Introduction 1233-A have seven in the affirmative, one in the negative, no abstentions. Proposed Introduction 1346-A has eight in the affirmative, zero in the negative, no abstentions. All items have been adopted by the Committee.

CHAIRPERSON BROOKS-POWERS: Please refrain from clapping. Just use the happy hands, okay.

I'd like to take a moment to first congratulate my Colleagues who are passing really important legislation today. This is actually our last time in this term having a vote, and I'm extremely proud of the work that the Committee on Transportation has been able to conduct over the course of the last two terms and I just want to thank the Members of this Committee for your advocacy, for your support, for your leadership on issues that are not always easy to move on but we have really passed some meaningful work over time and so again congratulations and to everyone that is here thank you for your advocacy and I wish you all a happy holiday. Thank you. Over and out, T and I. [GAVEL]

C E R T I F I C A T E

World Wide Dictation certifies that the foregoing transcript is a true and accurate record of the proceedings. We further certify that there is no relation to any of the parties to this action by blood or marriage, and that there is interest in the outcome of this matter.



Date ____ December 29, 2025 _____