# EXHIBIT 13

# Fiscal Impact Statement Prepared By
## New York City Mayor's Office of Management and Budget



Jacques Jiha, PhD, Budget Director

---

**Disclaimer:** This fiscal impact statement is a preliminary estimate and subject to change based upon further data analysis or changes in bill text. This legislation is summarized as understood by the administration as of the date this statement was prepared and does not include or consider subsequent text changes. This fiscal impact statement is not legally binding on the administration. "Total" columns represent the respective sum over a four-year period; note that fiscal impacts continue after year four. Unless otherwise stated, information used in the preparation of this Fiscal Impact Statement is sourced from the agencies impacted and the NYC Mayor's Office of Management and Budget.

**Proposed Intro No. / Title:** *Int. 276-A / Wrongful deactivation of high-volume for-hire vehicle drivers*

**Sponsors:** Krishnan, Hanif, Lee, Restler, Marte, Brewer, Hudson, Cabán, Abreu, Banks, Ung, Schulman, Sanchez, Ayala, Avilés, Zhuang, Riley, Joseph, Stevens

**Committee:** Consumer and Worker Protection

**Summary of Legislation:** This legislation establishes regulations and enforcement for wrongful deactivation of high-volume for-hire vehicle drivers and requires that the Department of Consumer and Worker Protection (DCWP) investigate all claims of wrongful deactivation for compliance with the law.

**Effective Date:** 180 days after enactment

**First Fiscal Year Legislation Takes Effect:** Fiscal Year 2027

**First Fiscal Year with Full Impact:** Fiscal Year 2028

**Agencies Impacted:** Department of Consumer and Worker Protection

---

## Fiscal Impact Analysis

### A. Total Impact (Expense and Revenue)

|  | Fiscal Year 1 | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Total |
|---|---|---|---|---|---|
| Expense | ($4,272,000) | ($23,048,000) | ($23,048,000) | ($23,048,000) | ($73,416,000) |
| Revenue | 0 | 0 | 0 | 0 | 0 |
| Total | ($4,272,000) | ($23,048,000) | ($23,048,000) | ($23,048,000) | ($73,416,000) |

---

**Date Prepared:** December 15, 2025

**B. Expense**

|  | Fiscal Year 1 | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Total |
|---|---|---|---|---|---|
| Expenditures | ($4,272,000) | ($23,048,000) | ($23,048,000) | ($23,048,000) | ($73,416,000) |

**Impact on Expenditures (Expense):**

DCWP anticipates annual Personal Service (PS) expenditures of $23,048,000, including fringe, to establish a compliance division of 170 staff to inspect all claims of wrongful deactivation of for-hire vehicle drivers.

This estimate assumes approximately 2,000 cases annually that require comprehensive inspections. Note that this impact is prorated in year 1 for 90 staff personnel.

Titles include:

- 9 Executive Agency Counsel
- 32 Agency Attorneys, Level 3
- 64 Agency Attorneys, Level 2
- 64 Inspectors, Level 2
- 1 Administrative Manager

**C. Revenue**

|  | Fiscal Year 1 | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Total |
|---|---|---|---|---|---|
| Revenue | 0 | 0 | 0 | 0 | 0 |

**Impact on Revenue:**

There is no anticipated impact on revenue.

**D. Capital**

|  | Fiscal Year 1 | Fiscal Year 2 | Fiscal Year 3 | Fiscal Year 4 | Total |
|---|---|---|---|---|---|
| Expenditures | 0 | 0 | 0 | 0 | 0 |

**Impact on Expenditures (Capital):**

There is no anticipated impact on capital expenditures.

**Date Prepared:**                                                                December 15, 2025