**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

|  |  |
|---|---|
| UBER TECHNOLOGIES, INC., and UBER USA, LLC,<br><br>               Plaintiffs,<br><br>   v.<br><br>CITY OF NEW YORK,<br><br>               Defendant. | No. 26-cv-4893 |

## PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Martha L. Goodman and the Exhibits annexed thereto, the Declaration of Rachel Perl and the Exhibits annexed thereto, the Declaration of Cory Freivogel, the Declaration of Mateusz Jarzabek, the Declaration of Phil De Coning, and all prior papers and proceedings herein, Plaintiffs Uber Technologies, Inc., and Uber USA, LLC (collectively, "Uber") by their undersigned counsel, Dunn Isaacson Rhee LLP, will move this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, for an order pursuant to Federal Rule of Civil Procedure 65 (1) enjoining preliminarily the enforcement of Local Law 52 of 2026, which violates Uber's rights under the Contracts Clause of the United States Constitution and Uber's Due Process and First Amendment rights guaranteed by the United States Constitution and New York Constitution, and staying the effective date of the Local Law 52 of 2026 pending resolution of its

*PRIVILEGED & CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

unconstitutionality, and (2) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served within fourteen days after service of those moving papers.

Dated: Washington, DC

June 9, 2026

Respectfully submitted,

DUNN ISAACSON RHEE LLP

By: */s/Martha Goodman*
Martha Goodman

Karen L. Dunn (N.Y. Bar No. 4498028, *SDNY admission pending*)
Martha Goodman (N.Y. Bar No. 5034210)
Kyle N. Smith (N.Y. Bar No. 5075940, *SDNY admission pending*)
Meryl C. Governski (*pro hac vice forthcoming*)
Leah R. Hibbler (*pro hac vice forthcoming*)
Linda E. Halfacre (*pro hac vice forthcoming*)
DUNN ISAACSON RHEE LLP
401 Ninth Street, NW
Suite 800
Washington, DC 20004
Tel: (202) 240-2900
kdunn@dirllp.com
mgoodman@dirllp.com
ksmith@dirllp.com
mgovernski@dirllp.com
lhibbler@dirllp.com
ehalfacre@dirllp.com

*Attorneys for Plaintiffs*

2