**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UBER TECHNOLOGIES, INC., and UBER USA,
LLC,

                          Plaintiffs,

        v.

CITY OF NEW YORK,

                          Defendant.

No. 1:26-cv-04893-GHW

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Leah Hibbler of the law firm Dunn Isaacson Rhee LLP hereby moves this Court for an order for admission to practice *pro hac vice* in this Court as counsel for Plaintiffs Uber Technologies, Inc. and Uber USA, LLC in the above-captioned action.

I am a member in good standing of the Bars of the District of Columbia and the State of Maryland, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: New York, New York                    Respectfully submitted,

        June 11, 2026

                                            DUNN ISAACSON RHEE LLP

                                            By: */s/ Leah R. Hibbler*
                                            Leah R. Hibbler

                                            401 Ninth Street, NW

Washington, DC 20004
(202) 240-2900
lhibbler@dirllp.com

*Attorney for Plaintiffs*